| AO 10*<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BESOSA, FRANCISCO A. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/11/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>ACTIVE U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>150 CHARDON AVENUE, CH-119<br>SAN JUAN, PR 00918 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PRESIDENT - TREASURER | FILIAL AMOR CORPORATION (CLOSELY HELD) |
| 2. | EXECUTOR | ESTATES #1, #2, #3 AND #4 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BESOSA, FRANCISCO A. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | BIBLIO SERVICES, INC - BAR REVIEW COURSE INSTRUCTOR - PROFESSIONAL SERVICES FEES |
| 2. 2014 | FIDEICOMISO PARA LA ESCUELA DE DERECHO UPR - BAR REVIEW INSTRUCTOR - PROFESSIONAL SERVICES FEES |
| 3. 2014 | PUERTO RICO GENERAL COURT OF JUSTICE - SUPERIOR COURT JUDGE - SALARY |
| 4. 2014 | RETIRO CENTRAL PENSIONADOS - FIXED BENEFITS FROM VESTED PENSION PLAN |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BESOSA, FRANCISCO A.** | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BESOSA, FRANCISCO A. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | ORIENTAL GROUP DIVERSIFIED GROWTH IRA | D | Int./Div. | M | T | | | | | |
| 2. | ORIENTAL GROUP DIVERSIFIED GROWTH IRA | D | Int./Div. | M | T | | | | | |
| 3. | FILIAL AMOR CORP - COMMON STOCK | A | Dividend | L | U | | | | | SEE NOTE IN PART VIII |
| 4. | SHARES IN FAHBU, SE | | None | | | Sold | 05/28/14 | K | A | SEE NORE IN PART VIII |
| 5. | DOCTO JURIS, INC - COMMON STOCK | | None | | | Sold | 01/01/14 | J | A | SEE NOTE IN PART VIII |
| 6. | ESTATES #1, #2 AND #4 (SEE LINES 7-12) | D | Int./Div. | N | T | | | | | SEE NOTE IN PART VIII |
| 7. | - GNMA UNIT 081 | B | Int./Div. | K | T | | | | | |
| 8. | - GNMA UNIT 082 | B | Int./Div. | K | T | | | | | |
| 9. | - PR COMMONWEALTH INDL DEC CO REV RDFG | A | Int./Div. | | | Sold | 07/01/14 | J | A | |
| 10. | - MONEY MARKET FUND (SANTANDER SECURITIES) | A | Int./Div. | N | T | | | | | |
| 11. | - COMMON STOCK IN CONAGRA FOOD INC | D | Dividend | L | T | | | | | |
| 12. | - COMMON STOCK IN CIBC MELLON TRUST CO | B | Dividend | K | T | | | | | |
| 13. | ESTATE #3 (SEE LINE 14) | A | Dividend | L | T | | | | | |
| 14. | - GEORGE PUTNAM FUND OF BOSTON CI | A | Dividend | L | T | | | | | |
| 15. | SCOTIABANK - CASH IN BANK | A | Interest | J | T | | | | | |
| 16. | CARIBE FEDERAL CREDIT UNION - CASH IN BANK | B | Interest | L | T | | | | | |
| 17. | COMMON STOCK IN METLIFE INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BESOSA, FRANCISCO A. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII

LINE 3) THIS IS A CLOSELY HELD CORPORATION IN WHICH MY SPOUSE AND I ARE THE ONLY SHAREHOLDERS. THESE SHARES ARE NOT PUBLICLY TRADED.

LINES 4 AND 5) THESE TRANSACTION RESULTED IN NET CAPITAL LOSSES.

LINE 6) ESTATE #1, #2 AND #4 ARE INVESTED IN A SANTANDER SECURITY ACCOUNT.

| Name of Person Reporting | Date of Report |
|---|---|
| BESOSA, FRANCISCO A. | 05/11/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANCISCO A. BESOSA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544